UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

GERMAN ALONZO,

    Plaintiff,

vs.

ES&R CONSTRUCTION CORP.
a Florida Profit Corporation,
BRICEIDA HERNANDEZ, individually,
EDY S. RAMOS, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1446, Defendants, ES&R CONSTRUCTION CORP..a Florida Profit Corporation, BRICEIDA HERNANDEZ, individually and, EDY S. RAMOS, individually, hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and states the following grounds for removal of this case from the County Court of Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.    The United States District Court has original jurisdiction over this action because it involves a claim alleging violation of the Fair Labor Standards Act which is federal law.

### TIMELINESS OF REMOVAL

2.    On May 17, 2016, Plaintiff commenced a civil action against Defendants by filing an FLSA Complaint in the Circuit Court in and for Miami-Dade County, Florida, Case No. 17-

011820 CA 01. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all state court filings are attached as Exhibit 1.

3. Plaintiff served all Defendants on May 25, 2017.

4. This Notice is filed with this Court within thirty (30) days after Defendants received a copy of the FLSA Complaint upon which this action is based; therefore, this removal is timely pursuant to 28 U.S.C. § 1446(b).

**FEDERAL QUESTION JURISDICTION**

5. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges in her Amended Complaint violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

**VENUE**

6. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a). The acts alleged in Plaintiff's Amended Complaint took place in Miami-Dade County.

7. Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

8. Contemporaneously with this filing, Defendants are also filing a Notification of Removal with the Miami-Dade County Clerk of the County Court as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notification of Removal is attached as Exhibit 2.

WHEREFORE, Defendants respectfully requests this action be removed from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Gilberto Lacayo, Esquire
        glacayo@lacayolawfirm.com
        LACAYO LAW FIRM, P.A.
        5775 Blue Lagoon Drive, Suite 300
        Miami, Florida 33126
        Phone: (786) 671-4878
        Fax:    (305) 448-7788
        Fla. Bar No.: 117805
        Co-counsel for Defendants

        LAW OFFICE OF DAVID CHONIN, P.A.
        5775 Blue Lagoon Drive, Suite 300
        Miami, Florida 33126
        Phone: (305) 444-3000
        Fax:    (305) 448-7788

        By:  /s/ *David Chonin*
            David Chonin
            david@choninlaw.com
            Fla. Bar No.: 066664
            Counsel for Defendants

SERVICE LIST

German Alonzo v. ES&R Construction Corp., et al.
Case No.
United States District Court, Southern District of Florida


Anthony M. Georges-Pierre, Esquire
Florida Bar No. 533637
agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone:     (305) 416-5000
Facsimile:      (305) 416-5005
*Via CM/ECF*

Anaeli C. Petisco, Esquire
Florida Bar No.: 113376
apetisco@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone:     (305) 416-5000
Facsimile:      (305) 416-5005
*Via CM/ECF*